# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| Plaintiff, | : |
| vs. | :   CA 10-0156-CG-C |
| **MICHAEL B. BENDOLPH,** | : |
| Defendant. | : |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 24, 2010 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 12th day of July, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE