IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | CA 10-0156-CG-C |
| MICHAEL B. BENDOLPH, | : | |
| Defendant. | : | |

## DEFAULT JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, judgment by default is rendered in favor of plaintiff United States of America and against defendant Michael B. Bendolph in the amount of $14,770.45 (i.e., principal of $5,533.00, prejudgment interest at 7% per annum in the amount of $9,237.45 as of March 31, 2010), plus prejudgment interest from March 31, 2010 through the date of judgment, and post judgment interest at the legal rate of 0.31%, pursuant to the provisions of Title 28, United States Code, Section 1961, until paid in full, and court costs.

    **DONE and ORDERED** this 12th day of July, 2010.

                                                        /s/ Callie V. S. Granade
                                                        UNITED STATES DISTRICT JUDGE